Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
NICK KOUDIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KOUDIS, | Case No.: 2:23-cv-01154 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** |
| v. | |
| PACIFIC NEUROSCIENCE INSTITUTE, LLC, | **Demand for Jury Trial** |
| Defendant. | |

Plaintiff NICK KOUDIS by and through his undersigned counsel, brings this Complaint against Defendant PACIFIC NEUROSCIENCE INSTITUTE, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff NICK KOUDIS ("Koudis") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Koudis' original copyrighted work of authorship.

2. Koudis is an American photographer known for images that have a double meaning that poke fun at social insanity. Almost all of his photographs are created using special effects such as miniature or oversized props, or have been digitally manipulated in Photoshop. Koudis spent twenty-five years shooting advertising images in New York City. Since 2000, he has been photographing celebrities in Los Angeles, where he now resides. His work has received the One Show award, Andy Awards for advertising and PDN/Nikon Awards. He has photographed multiple covers for Time magazine.

3. Defendant PACIFIC NEUROSCIENCE INSTITUTE, LLC ("PNI") is a medical institution that provides personalized patient care, research and clinical trials relating to neurosciences and brain health, and education to patients and the public on neuroscience issues. PNI provides care for neurological and cranial disorders including, brain and skull base tumors, pituitary tumors and related hormonal disorders, stroke and other neurovascular diseases, adult hydrocephalus syndromes, vision, hearing, swallowing and sinus disorders, autoimmune syndromes such as multiple sclerosis, movement disorders such as Parkinson's disease, and other disorders. At all times relevant herein, PNI owned and operated the internet website located at the URL www.pacificneuroscienceinstitute.org (the "Website").

4. Koudis alleges that PNI copied Koudis' copyrighted Work from the internet in order to advertise, market and promote its business activities. PNI committed the violations alleged in connection with PNI's business for purposes of advertising and promoting sales to the public in the course and scope of the PNI's business.

# JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

# DEFENDANT

9. Pacific Neuroscience Institute, LLC is a California Limited Liability Company, with its principal place of business at 2125 Arizona Avenue, Santa Monica, California, 90404, and can be served by serving its Registered Agent, Howard R. Krauss, at the same address.

# THE COPYRIGHTED WORK AT ISSUE

10. In 2004, Koudis created the photograph entitled Doublemint Twins on Bicycles, which is shown below and referred to herein as the "Work".



11. Koudis registered the Work with the Register of Copyrights on January 19, 2015 and was assigned the registration number VA 1-955-048. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Koudis was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

13. PNI has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, PNI copied the Work.

15. On or about May 2, 2022, Koudis discovered the unauthorized use of his Work in a presentation entitled "Latest Advances in the Neurointerventional Treatment of Ischemic Stroke" as the heading image for "Tandem Lesions."

16. PNI copied Koudis' copyrighted Work without Koudis' permission.

17. After PNI copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its neuroscience medical and research business.

18. PNI copied and distributed Koudis' copyrighted Work in connection with PNI's business for purposes of advertising and promoting PNI's business, and in the course and scope of advertising and selling products and services.

19. Koudis' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. PNI committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Koudis never gave PNI permission or authority to copy, distribute or display the Work at issue in this case.

22. Koudis notified PNI of the allegations set forth herein on July 6, 2022 and August 3, 2022. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Koudis incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Koudis owns a valid copyright in the Work at issue in this case.

25. Koudis registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. PNI copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Koudis' authorization in violation of 17 U.S.C. § 501.

27. PNI performed the acts alleged in the course and scope of its business activities.

28. PNI's acts were willful.

29. Koudis has been damaged.

30. The harm caused to Koudis has been irreparable.

WHEREFORE, the Plaintiff Nick Koudis prays for judgment against the Defendant Pacific Neuroscience Institute, LLC that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

      d.    Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

      e.    Plaintiff be awarded pre- and post-judgment interest; and

      f.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Nick Koudis hereby demands a trial by jury of all issues so triable.

DATED: February 15, 2023        Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Nick Koudis*