| | |
|---|---|
| Jonah A. Grossbardt (SBN 283584) | C. Dennis Loomis (SBN 82359) |
| Matthew L. Rollin (SBN 332631) | **BUCHALTER, A PROFESSIONAL** |
| **SRIPLAW, P.A.** | **CORPORATION** |
| 8730 Wilshire Boulevard | 1000 Wilshire Boulevard |
| Suite 350 | Suite 1500 |
| Beverly Hills, CA 90211 | Los Angeles, CA 90017 |
| 323.364.6565 – Telephone | (213) 891-0700 - Telephone |
| 561.404.4353 – Facsimile | (213) 896-0400 - Facsimile |
| jonah.grossbardt@sriplaw.com | cdloomis@buchalter.com |
| matthew.rollin@sriplaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | Pacific Neuroscience Institute, LLC |
| NICK KOUDIS | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NICK KOUDIS, | Case No.: 2:23-cv-01154-GW-ADS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| PACIFIC NEUROSCIENCE INSTITUTE, LLC, | |
| Defendant. | |

    Plaintiff NICK KOUDIS and Defendant PACIFIC NEUROSCIENCE INSTITUTE, LLC by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: June 21, 2023            Respectfully submitted,

| | |
|---|---|
| */s/ Matthew L. Rollin* | */s/ C. Dennis Loomis* |
| JONAH A. GROSSBARDT | C. DENNIS LOOMIS |
| MATTHEW L. ROLLIN | **BUCHALTER, A PROFESSIONAL CORPORATION** |
| **SRIPLAW, P.A.** | |
| Attorneys for Plaintiff Nick Koudis | Attorneys for Defendant Pacific Neuroscience Institute, LLC |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN